[No. 13599-3-III.    Division Three.    June 13, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
DARREN BRADY, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 92-1-00202-2, Michael W. Leavitt,
J., entered October 7, 1993. *Reversed* by unpublished
opinion per Thompson, J., concurred in by Sweeney, C.J.,
and Munson, J.

[Nos. 13924-7-III; 14252-3-III.    Division Three.    June 13, 1996.]

*In the Matter of the Application for Relief from
Personal Restraint of* LEO ADRIAN AMUNDSON,
*Petitioner.*

THE STATE OF WASHINGTON, *Respondent*, v. LEO
ADRIAN AMUNDSON, *Appellant*.

Appeals from judgments of the Superior Court for Oka-
nogan County, No. 93-1-00095-1, John G. Burchard, Jr.,
J., entered March 24, 1994 and September 21, 1993. *Re-
versed* by unpublished opinion per Munson, J., concurred
in by Schultheis, A.C.J., and Thompson, J.

[No. 14390-2-III.    Division Three.    June 13, 1996.]

ALBERT T. WOMACK, *Appellant*, v. SOUTHLAND
CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 94-2-00598-6, Heather Van Nuys, J.,
entered September 23, 1994. *Reversed* by unpublished
opinion per Thompson, J., concurred in by Sweeney, C.J.,
and Munson, J.